**FILED**

02/18/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0634

**IN THE SUPREME COURT FOR THE STATE OF MONTANA**

No. DA 24-0634

IN THE MATTER OF:

M.W.A.H.,

A Youth In Need Of Care.

**ORDER**

Counsel for Appellant has filed a second motion for extension of time to file Appellant's opening brief.   In his affidavit filed with the motion, counsel maintains that he has not had time to review this matter, and that he may file a motion for consolidation of compaion case DA 24-0633, Matter of I.R.S., YINC.

This Court gives expedited consideration of youth in need of care matters, and the Court's Order of January 9, 2025, stated no further extensions would be granted.

IT IS ORDERED that Appellant has until March 7, 2025, to file the opening brief in this matter.   If the brief is not filed by that date, counsel shall appear in person before this Court on March 11, 2025, at 1:30 p.m. to show cause as to why the brief has not been filed.

.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
February 18 2025